# United States District Court
## Eastern District of California

| DEFERRED ENTRY OF JUDGMENT |
|---|

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| **JUAN C. GONZALES** | Case Number: **6:09-MJ-00080** |
| | |
| | JEREMY KROGER |
| | Defendant's Attorney |

**THE DEFENDANT:**

[✔]  pleaded guilty to COUNTS ONE and THREE of the Complaint.
[ ]  pleaded nolo contendere to counts(s) ___ which was accepted by the court.
[ ]  was found guilty on count(s) ___ after a plea of not guilty.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number |
|---|---|---|---|
| 36 CFR 4.23(a)(1) | OPERATING A MOTOR VEHICLE UNDER THE INFLUENCE OF ALCOHOL AND/OR DRUGS AND/OR ANY COMBINATION THEREOF, TO A DEGREE THAT WOULD RENDER THE OPERATOR INCAPABLE OF SAFE OPERATION | 4/26/2009 | ONE |
| 36 CFR 4.21(c) | OPERATING A VEHICLE AT A SPEED IN EXCESS OF THE SPEED LIMIT | 4/26/2009 | THREE |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  The defendant has been found not guilty on counts(s) ___ and is discharged as to such count(s).

[√]  Count TWO is dismissed on the motion of the United States.

[√]  **TO BE REPORTED TO THE DEPARTMENT OF MOTOR VEHICLES.**

[ ]  Indictment is to be dismissed by District Court on motion of the United States.

[ ]  Appeal rights given.          [ ]  Appeal rights waived.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

12/1/2009
Date of Imposition of Judgment

/s/ SANDRA M. SNYDER
Signature of Judicial Officer

**SANDRA M. SNYDER**, United States Magistrate Judge
Name & Title of Judicial Officer

12/22/2009
Date

# UNSUPERVISED PROBATION

The defendant is hereby sentenced to UNSUPERVISED probation as to Counts One and Three for a term of 12 months each to run concurrently .

[✔] Judgment entered pursuant to 18 U.S.C. §3607 is deferred.  If the defendant completes the term of probation without violation of conditions imposed, the proceedings will be dismissed.

## SPECIAL CONDITIONS OF SUPERVISION

1. Obey all laws.

2. Report any new arrests.

3. Enroll/complete First Offender Program (to be completed within six months (before 4/7/2010).

4. Do not refuse any sobriety tests.

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties as follows.

Count One:

| Assessment | Fine | Total |
|---|---|---|
| $10.00 | $1,190.00 | $1,200.00 |

Count Three:

| Assessment | Fine | Total |
|---|---|---|
| $10.00 | $90.00 | $100.00 |

Monthly payments in the amount of $100.00 to commence by 12/20/2009 and to be completed within twelve months - final payment in the amount of $200.00.

The fine is payable to the Clerk, U.S. District Court, and mailed to:

Office of the Clerk
U.S. District Court
2500 Tulare Street
Fresno, California 93721